AO 109 (Rev. 2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **CALIFORNIA**

FILED
08 AUG 28 PM 2:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ecc

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)
DODGE INTREPID
California license plate number 6EEZ230
Vehicle Identification Number 2B3HD6J61H579630
Gray in color

**SEIZURE WARRANT**

CASE NUMBER: '08 MJ 2599

TO: __Any Special Agent of the Federal Bureau of Investigation__ and any Authorized Officer of the United

Affidavit(s) having been made before me ____FBI Special Agent Jamie S. Arnold____ who has reason to
                                                          Affiant
believe that in ____Southern____ District of ____California____ there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

DODGE INTREPID
California license plate number 6EEZ230
Vehicle Identification Number 2B3HD6J61H579630
Gray in Color
Registered to Jose I Gonzalez, 12035 Boston Avenue, San Diego, CA 92113

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure X (in the daytime—6:00 A.M. to 10:00 P.M.) ☐ ~~(at any time in the day or night as I find reasonable has been established)~~, leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant **BARBARA L. MAJOR**
as required by law.                                                                                             **U.S. MAGISTRATE JUDGE**

8/22/08 at 12:15 PM       at       SAN DIEGO, CALIF.
Date and Time Issued                                    City and State

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer                                      Signature of Judicial Officer

AO 109 (Rev. 2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08/22/08 | 08/26/08  6:15 a.m. | THE VEHICLE (REGISTERED OWNER NOT FOUND) |

**INVENTORY MADE IN THE PRESENCE OF**

SA JAMIE S. ARNOLD AND SA MURRY T. STREETMAN

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

- Dodge Intrepid, California license plate number 6EEZ230, Vehicle Identification Number 2B3HD6J61H579630, gray in color.
- An inventory on the vehicle produced the following items:
  1. Vehicle registration
  2. Receipt signed by David Lora

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_ U.S. Judge or Magistrate    8/28/08  Date